# SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
OCTOBER 23, 2018 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:18-00243
18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(d)(1)
18 U.S.C. § 924(a)(2)

KIMBERLY ANN ADDAIR

### I N D I C T M E N T

The Grand Jury Charges:

#### COUNT ONE

#### (False and Fictitious Statements)

1. On or about March 30, 2016, at or near Bluefield, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant KIMBERLY ANN ADDAIR acquired from EZ Sales & Pawn, a licensed dealer in firearms, the following firearms:

   a. A Hi-Point, Model JHP, .45 caliber semi-automatic pistol; and

   b. A Cobra Enterprise, Model CB380BB, .380 caliber pistol.

2. In connection with the acquisition of the aforesaid firearms, defendant KIMBERLY ANN ADDAIR did knowingly make a false and fictitious oral and written statement intended and likely to

deceive with respect to a fact material to the lawfulness of the sale by certifying that defendant KIMBERLY ANN ADDAIR was the transferee of the firearms purchased when, in fact, as defendant KIMBERLY ANN ADDAIR there and then well knew, J.M. was the true transferee of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

### (Disposing of Firearms to a Convicted Felon)

On or about March 30, 2016, at or near Bluefield, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant KIMBERLY ANN ADDAIR, did knowingly sell or otherwise dispose of firearms, to-wit, a Hi-Point, Model JHP, .45 caliber semi-automatic pistol and a Cobra Enterprise, Model CB380BB, .380 caliber pistol, to J.M., knowing or having reasonable cause to believe that J.M. has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

MICHAEL B. STUART
United States Attorney

By: _____
TIMOTHY D. BOGGESS
Assistant United States Attorney