# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Bluefield
Date: 8/28/2019                                             Case Number 1:18-cr-00243
Case Style: USA vs. Kimberly Ann Addair
Type of hearing Sentencing
Before the honorable: 2512-Faber
Court Reporter Ayme Cochran                                 Courtroom Deputy Cindy Lilly
Attorney(s) for the Plaintiff or Government Timothy Boggess

Attorney(s) for the Defendant(s) Lorena Litten

Law Clerk Allison Skinner                                   Probation Officer Teresa King

## Trial Time

## Non-Trial Time

## Court Time

11:23 am   to 11:55 am
Total Court Time: 0 Hours 32 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 11:30 a.m.
Actual Start:  11:23 a.m.
Court adopts findings in PSR
Court addresses objections.
Base Offense Level: 14
Total Offense Level: 15
Criminal History: I
Custody Range: 18 - 24 months
Supervised Release Range: 1 - 3 years
Fine Range: $7,500 - $75,000
Assessment: $200
Counsel for the defendant, the defendant, and the Assistant United States attorney given an opportunity to speak.
Sentence imposed as follows:
Custody: 18 months on each count of conviction to run concurrently for a total term of 18 months
Supervised Release Term: 3 years on each count of conviction to run concurrently
Assessment: $200
Defendant advised of her right to appeal.
Defendant's bond continued and she is to self report by September 27, 2019.
Court recommends that the defendant be incarcerated at Alderson or the nearest suitable facility to Bluefield, WV.
Court adjourned at 11:55 a.m.